# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH PILCHESKY,** | **:** | |
| **Petitioner** | **:** | **CIVIL ACTION NO. 3:18-1995** |
| **v.** | **:** | **(MANNION, J.)** |
| **COURT OF COMMON PLEAS OF LACKAWANNA COUNTY,** *et al.*, | **:** | |
| | **:** | |
| **Respondents** | **:** | |
| | **:** | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)     The October 18, 2018 Report and Recommendation of Judge Carlson, **(Doc. 2)**, is **ADOPTED IN ITS ENTIRETY**;

(2)     The petitioner's petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**;

(3)     No certificate of appealability shall issue; and

(4)     The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 7, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1995-01-Order.wpd